# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. BARTLEY, | Case No. ED CV 15-00892 AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Order.

DATED: March 28, 2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE